**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**CASE NO.: 6:23-cv-01194-PGB-LHP**

SIXTO TESORERO,

   Plaintiffs,

vs.

INDEPENDENT SPECIALTY INSURANCE COMPANY,

   Defendant.

_____/

**NOTICE OF SETTLEMENT**

COME NOW Plaintiffs, by and through the undersigned attorneys, and hereby file this Notice of Settlement, and would state:

1. This action involves an insurance policy covering property described in the policy.

2. The parties have settled this action and are in the process of exchanging settlement documents and funds.

3. It is anticipated that there will be a joint stipulation of dismissal filed in this action shortly after the parties have exchanged settlement documents and funds.

**CERTIFICATE OF SERVICE**

**I hereby certify** that on April 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se

parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By: */s/ Kenneth R. Duboff*
>Kenneth R. Duboff, Esq.
>Florida Bar No.: 218261
>DUBOFF LAW FIRM
>680 NE 127 Street
>North Miami, Florida
>E-Mail: FederalPleadings@dubofflawfirm.com
>T: (305) 899-0085

## SERVICE LIST

Sixto Tesorero v. Independent Specialty Insurance Company
Case No.: 6:23-cv-01194-PGB-LHP
United States District Court, Middle District of Florida

**Robert L. Williams, Jr., Esq.**
Florida Bar No. 1002894
E-Mail: rwilliams@rolfeshenry.com
Secondary E-mail: pewing@rolfeshenry.com
**Brian P. Henry, Esq.**
Florida Bar No. 0089069
E-Mail: bhenry@rolfeshenry.com
Secondary E-mail: kmcclintock@rolfeshenry.com
**ROLFES HENRY CO., LPA**
3165 McCrory Place, Suite 174
Orlando, FL 32803
T: (407) 284-4990